# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY FRANCIS,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>OREGON STATE UNIVERSITY;<br>TARAS LISKEVYCH; and DOES 1<br>through 100 inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 16cv1860-WQH-WVG<br><br>ORDER |

HAYES, Judge:

On November 29, 2017, this Court issued an Order granting a motion to dismiss filed by Defendant Oregon State University and stating in part, "The Complaint is dismissed without prejudice as to Defendant Oregon State University. Plaintiff shall file any motion for leave to file an amended complaint pursuant to Local Civil Rule 7.1 and within thirty (30) days of the date this Order is issued." (ECF No. 30 at 4).

On December 26, 2017, the Court dismissed Defendant Liskevych from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 31). The docket reflects that Plaintiff has not filed any motion for leave to file an amended complaint. The Clerk of Court is directed to close this case.

DATED: January 18, 2018

　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　United States District Judge